```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 20858
     LAWRENCE L WARE JR
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
     SSN XXX-XX-3487


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/08/2008 and was not confirmed.

     The case was dismissed without confirmation 12/01/2008.
------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID          PAID
------------------------------------------------------------------------------
AMSHER COLLECTION SERVIC  UNSECURED       NOT FILED              .00           .00
ASSET ACCEPTANCE          UNSECURED           430.00             .00           .00
ASSET ACCEPTANCE          UNSECURED          1452.66             .00           .00
CAPITAL ONE               UNSECURED       NOT FILED              .00           .00
ST FRANCIS HOSPITAL       UNSECURED       NOT FILED              .00           .00
ASSET ACCEPTANCE          UNSECURED          1452.66             .00           .00
AMERICASH LOANS LLC       UNSECURED          1884.09             .00           .00
JEFFERY CYRIL             UNSECURED       NOT FILED              .00           .00
COMMONWEALTH EDISON       UNSECURED          1546.11             .00           .00
BLACK EXPRESSIONS         UNSECURED       NOT FILED              .00           .00
ADT                       UNSECURED       NOT FILED              .00           .00
WASHINGTON MUTUAL         UNSECURED       NOT FILED              .00           .00
SILVERLEAF RESORTS        UNSECURED       NOT FILED              .00           .00
SAXON MORTGAGE SERVICES   CURRENT MORTG        .00               .00           .00
SAXON MORTGAGE SERVICES   CURRENT MORTG        .00               .00           .00
WELLS FARGO BANK          CURRENT MORTG        .00               .00           .00
WELLS FARGO BANK          SECURED NOT I        .00               .00           .00
OPTION ONE MORTGAGE       SECURED NOT I  NOT FILED              .00           .00
HSBC BANK USA             MORTGAGE NOTI  NOT FILED              .00           .00
CHRYSLER FINANCIAL SVC A  SECURED VEHIC     1009.87             .00        1009.87
INTERNAL REVENUE SERVICE  PRIORITY         13032.74             .00           .00
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED              .00           .00
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED              .00           .00
CITY OF CHICAGO PARKING   PRIORITY          1250.00             .00           .00
ROCHLLE BREWSTER          NOTICE ONLY    NOT FILED              .00           .00
WELLS FARGO BANK          SECURED NOT I    35101.63             .00           .00
WELLS FARGO BANK/OCWEN    MORTGAGE NOTI  NOT FILED              .00           .00
INTERNAL REVENUE SERVICE  UNSECURED         2952.49             .00           .00
SAXON MORTGAGE SERVICES   MORTGAGE NOTI  NOT FILED              .00           .00
SAXON MORTGAGE SERVICES   COST OF COLLE     200.00              .00           .00
SAXON MORTGAGE SERVICES   COST OF COLLE     200.00              .00           .00
MARTIN J OHEARN           REIMBURSEMENT      48.00              .00          48.00
MARTIN J OHEARN           DEBTOR ATTY     3,500.00                        1,989.29
TOM VAUGHN                TRUSTEE                                           245.88
DEBTOR REFUND             REFUND                                          1,097.68

                    PAGE   1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 20858 LAWRENCE L WARE JR
```

```
      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    4,390.72

PRIORITY                                          48.00
SECURED                                        1,009.87
UNSECURED                                           .00
ADMINISTRATIVE                                 1,989.29
TRUSTEE COMPENSATION                             245.88
DEBTOR REFUND                                  1,097.68
                         ---------------    ---------------
TOTALS                     4,390.72            4,390.72
```

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


      Dated: 03/05/09              /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE